IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD HUMPHRIES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5934

Opinion filed May 5, 2017.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Nancy Daniels, Public Defender, and Ross Marshman, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

    WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.